**FILED**

December 15, 2023

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARLA MONTOYA,<br><br>Defendant. | Case No.  2:23-cr-00320-KJM-2<br><br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KARLA MONTOYA</u> Case No.

<u>2:23-cr-00320-KJM-2</u> Charges <u>18 USC §371</u> from custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

   x        Unsecured Appearance Bond $    $25,000.00 signed by defendant, cosigned by defendant's cousin, Liliana Valencia

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

   x        (Other): <u>Released forthwith with terms as stated on the record. Defendant must also report directly to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 at 9:00 AM on 12/18/2023</u> .

Issued at Sacramento, California on December 15, 2023 at 3:15 PM.

Dated:  December 15, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE