WILLIAM J. PORTANOVA, State Bar No. 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
KARLA MONTOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00320-TLN |
| Plaintiff, | **WAIVER OF DEFENDANT'S PERSONAL APPEARANCE** |
| v. | |
| KARLA MONTOYA, | |
| Defendant. | |

Defendant KARLA MONTOYA, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon initial appearance, initial arraignment, plea, every trial stage, including jury impanelment and the return of the verdict, and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial on any day which the Court may fix in her absence.

1

Dated:  September 23, 2025

KARLA MONTOYA
Defendant

I agree with and consent to my client's waiver of appearance.

Dated:  September 23, 2025

/s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant KARLA MONTOYA

**IT IS SO ORDERED.**

Dated:    9/24/2025

THE HON. TROY L. NUNLEY
Chief United States District Judge

2