ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
MATTHEW THUESEN
SAM STEFANKI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-0320 TLN |
| Plaintiff, | STIPULATION AND ORDER RE: BRIEFING SCHEDULE |
| v. | Hearing Date: June 4, 2026 |
| KARLA MONTOYA, MIRWAIS SHAMS, and AHMAD "SHAH" SHAMS, | |
| Defendants. | |

Counsel for Mirwais Shams and counsel for the United States have met and conferred and hereby agree to the following briefing schedule for the Motion to Sever filed on May 1, 2026:

- Government's Opposition due May 21, 2026

- Mirwais Shams' reply in support due May 28, 2026

STIPULATION AND ORDER RE: BRIEFING
SCHEDULE

1

Dated:  May 8, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

/s/ *Audrey B. Hemesath*
AUDREY B. HEMESATH
MATTHEW THUESEN
SAM STEFANKI
Assistant United States Attorneys

Dated:  May 8, 2026

/s/ *Michael D. Long*
MICHAEL D. LONG
Counsel for Defendant
MIRWAIS SHAMS

**ORDER**

IT IS SO ORDERD.

DATED: May 8, 2026

Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER RE: BRIEFING
SCHEDULE

2